UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY FERGER and ALLISON CASSIE,<br><br>        Plaintiffs,<br><br>    v.<br><br>C.H. ROBINSON WORLDWIDE, INC.,<br><br>        Defendant. | Case No. C06-174RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On April 27, 2006, this Court issued an "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5). On May 26, 2006, the Court issued a special notice to the parties highlighting the requirement from the April 27th order that the Court must be provided with a paper courtesy copy of all submissions exceeding 50 pages in length. On May 31, 2006, defendant C.H. Robinson Worldwide, Inc. ("Robinson") filed a motion with related documents that totaled 126 pages (Dkt. # 6–7). This was the very next action in the case after the Court's two requests for compliance with the overlength document requirement. As of this date, a courtesy copy of these documents has not been provided to chambers.[1]

---

[1] Defendant also (1) put the argument in support of the motion in a document separate from the motion itself, and (2) failed to note the motion for consideration, both in violation of local rule 7. LR CR

ORDER TO SHOW CAUSE

1  Robinson is hereby ORDERED to show cause within five days of this order why it
2  should not be sanctioned for failure to comply with this Court's "Order Regarding Initial
3  Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5).  Robinson shall immediately
4  deliver a paper copy of the documents filed on May 31, 2006, with tabs or other organizing aids
5  as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for
6  Chambers," to the Clerk's Office.
7  Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for
8  June 13, 2006.

10  DATED this 6th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

26  7(b), (d).

ORDER TO SHOW CAUSE                              -2-