UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY FERGER and ALLISON CASSIE,

    Plaintiffs,

  v.

C.H. ROBINSON WORLDWIDE, INC.,

    Defendant.

Case No. C06-174RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On May 31, 2006, defendant C.H. Robinson Worldwide, Inc. ("Robinson") filed a motion with related documents that totaled 126 pages (Dkt. # 6–7). On June 6, 2006, this Court issued an order to show cause, (Dkt. # 10), why defendant should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5). Robinson subsequently delivered a courtesy copy of the electronic filings, and submitted an explanation for the original oversight (Dkt. # 12). Upon review of these materials, the order to show cause is VACATED.

DATED this 9th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge